# United States Bankruptcy Court
## Central District of California

In re __Brake Madness, Inc_____
                                    Debtor(s)

Case No. _____
Chapter __11__

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Abby Shajari**, declare under penalty of perjury that I am the **President** of **Brake Madness, Inc**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Abby Shajari, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Abby Shajari, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Abby Shajari, President** of this Corporation is authorized and directed to employ **Eric Bensamochan, Esq. 255482**, attorney and the law firm of **The Bensamochan Law Firm, Inc.** to represent the corporation in such bankruptcy case."

Date __11/13/2015__                     Signed _/s/ Abby Shajari_
                                        Abby Shajari

## Resolution of Board of Directors
## of
## Brake Madness, Inc

**Whereas,** it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved,** that **Abby Shajari, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved,** that **Abby Shajari, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

**Be It Further Resolved,** that **Abby Shajari, President** of this Corporation is authorized and directed to employ **Eric Bensamochan, Esq. 255482,** attorney and the law firm of **The Bensamochan Law Firm, Inc.** to represent the corporation in such bankruptcy case.

Date  11/13/2015                                    Signed  _[signature]_

Date  _____                        Signed  _____