| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eric Bensamochan, Esq. SBN255482<br>20501 Ventura Blvd. Suite 130<br>Woodland Hills, CA 91364<br>Tel: (818) 574-5740<br>Fax: (818) 961-0138<br>Email: eric@bnpllp.com<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* Debtor | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Brake Madness, Inc<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:15-bk-13766-MB<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE OF CASH COLLATERAL [11 U.S.C. § 363]** |
| | This motion is being made under **ONLY ONE** of the following notice procedures:<br><br>☐ Hearing requested on emergency basis: LBR 9075-1(a); or<br>☐ Hearing requested on shortened notice: LBR 9075-1(b); or<br>☑ Hearing set on regular notice: LBR 9013-1(d):<br><br>DATE: 12/15/2015<br>TIME: 1:30 PM<br>COURTROOM: 303<br>ADDRESS: 21041 Burbank Blvd.<br>              Woodland Hills, CA 91367 |

1. **PLEASE TAKE NOTICE THAT** the Debtor moves this court for an order authorizing the use of cash collateral
    ☑ on an interim basis through and including *(date)* __05/17/2016__        .
    ☐ through the date of confirmation of a chapter 11 plan or dismissal of this case.

2. **NOTICE PROVISIONS AND DEADLINES FOR FILING AND SERVING A WRITTEN RESPONSE:** Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as consent to the relief sought in the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Debtor, the Debtor's attorney, the United States trustee, and also serve a copy on the judge assigned to this bankruptcy case pursuant to LBR 5005-2(d) and the Court Manual.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                              Page  1                      F 2081-2.1.MOTION.CASH.COLLATERAL

a. ☐ **Hearing Requested on Emergency Basis under LBR 9075-1(a):** The Debtor has contacted the court and requested an emergency hearing on less than 48 hours notice. If the court grants the request, you will receive a separate Notice of Hearing that identifies the deadline for you to file and serve a written response. If the court denies the request to set an emergency hearing, the Debtor will provide written notice of a hearing date on regular notice or other disposition of this Motion and the deadline for filing an opposition.

b. ☐ **Hearing Requested on Shortened Notice under LBR 9075-1(b):** The Debtor has filed a separate application asking the court to set a hearing on shortened notice, entitled Application for Order Setting Hearing on Shortened Notice (Application). If the court grants the Application, the Debtor will serve you with another document providing notice. The deadline to file and serve a written response will be contained in this document. If the court denies the Application, the Debtor will provide written notice of a regular hearing date or other proposed disposition of this Motion.

c. ☑ **Hearing Set on Regular Notice: Notice Provided Under LBR 9013-1(d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing**. Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

d. ☐ **Other** (specify):

Date: <u>November 17, 2015</u>      By: <u>/s/Eric Bensamochan</u>
                                        Signature of Debtor or attorney for Debtor

                                   Name: <u>Eric Bensamochan</u>
                                        Printed name of Debtor or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 2         F 2081-2.1.MOTION.CASH.COLLATERAL

## MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

1. Cash collateral is defined in 11 U.S.C. § 363 (Cash Collateral).

2. Pursuant to 11 U.S.C. § 363(c)(2), a debtor cannot use Cash Collateral without court approval or the consent of a creditor with an interest in the Cash Collateral.

3. The Debtor filed this Motion because he/she requires the use of what a creditor or lienholder may claim to be Cash Collateral.

4. The Debtor in this case filed a voluntary petition. The court has jurisdiction to grant the relief requested in this motion pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 363.

5. The Debtor believes that the use of Cash Collateral is necessary for the Debtor to continue the Debtor's operations and to reorganize.

6. The Debtor believes that adequate protection ☑ is ☐ is not required by law in this case. **To the extent that the Debtor believes that adequate protection is not required by law under the circumstances of this case, a Memorandum of Points and Authorities is attached hereto addressing that issue.**

7. Information about each real or personal property owned by the Debtor in which someone may claim a Cash Collateral interest and for which the Debtor seeks court permission to use Cash Collateral, and the Debtor's proposed budget with respect to each such property, is set forth below:

   a. **Collateral and budget #1 (check all that apply):**
      (1) The collateral (Collateral)

      ☑ Real Property

      Street address:   **3775 Keystone Ave.**
      Unit/suite no.:
      City, state, zip code:   **Los Angeles, CA 90034**
      Legal description or document recording number (*include county of recording*):
      Legal description is attached as **Exhibit "A"**

      ☐ Equipment (*manufacturer, type, and characteristics*):
      Serial number(s):
      Location:

      ☐ Vehicle (*year, manufacturer, type, and model*):
      Vehicle identification number:
      Location of vehicle:

      ☑ Rents or accounts receivable (*type, identifying information, and location*):
      **Tenant # 1, Rent of $3500.00 from Reza Sarkhosh and Venice Used Auto Center, Inc. renting the front portion of the parking lot, south side, approximately 90'x60"**
      **Tenant # 2 is currently in the process to be evicted, the new rent to be collected as soon as the debtor find a new tenant will be $8,000.00**

      ☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

      ☐ Other personal property (*type, identifying information, and location*):

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                            Page 3            F 2081-2.1.MOTION.CASH.COLLATERAL

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*    Page 4    **F 2081-2.1.MOTION.CASH.COLLATERAL**

(2) Value of Collateral: $ 1,100,000.00            .
☑ Declaration of the Debtor as owner of the Collateral.
☐ Declaration of (specify)

(3) Income/rent generated: $ 11,500.00            per month.

(4) Liens:

| | | | |
|---|---|---|---|
| 1st Lien holder: | BBCN | Principal balance due: | $ 759,330.52 |
| Monthly payment: $ | 5,734.00 | Monthly payment due date: | 11/20/2015 |
| Prepetition arrears: $ | None | Postpetition arrears | $ |
| | | | |
| 2nd Lien holder: | BBCN | Principal balance due: | $ 157,170.75 |
| Monthly payment $ | None | Maturity date: | 10/10/2015 |
| Prepetition arrears: $ | 157,150.75 | Postpetition arrears | $ 157,170.75 |
| | | | |
| 3rd Lien holder: | Key Main Capital, LLC | Principal balance due: | $ 936,303.16 |
| Monthly payment $ | 7,000.00 | Monthly payment due date: | 12/01/2015 |
| Prepetition arrears $ | 355,513.00 | Postpetition arrears | $ |

☐ Additional liens (see additional attached page)

(5) Equity in the Collateral: $ _____

(6) Adequate Protection

The Debtor offers:
(a) ☐ the equity in the Collateral above each respective lien.
(b) ☐ the maintenance of the property.
(c) ☐ payments in the following amounts to the following creditors:




(d) ☑ the use or sale of the Cash Collateral which will generates more collateral (Replacement Collateral) each month, and the Debtor offers a lien in the Replacement Collateral.

(e) other:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                         Page 5        F 2081-2.1.MOTION.CASH.COLLATERAL

(7) Proposed Monthly Budget ☐ covering period of _____ through _____ or ☐ through the date of confirmation of a chapter 11 plan or dismissal of this case (or check box if a Proposed Budget is attached as an exhibit ☐).

INCOME:
Rent: $ 11,500.00
Sales: $ _____
Other: $ _____
Total Income: $ 11,500.00

EXPENSES:
1st Lien holder: $5,734.00
2nd Lien holder: $ _____
3rd Lien holder: $ _____
4th Lien holder: $ _____
Property taxes: $1262.33
☐ included in first lien holder payment
Property insurance: $ _____
☐ included in first lien holder payment
Maintenance: _____
Cleaning: $ _____
Pest control: $ _____
Landscaping: $ _____
Management: $ _____
Electricity: $ _____
Gas: _____
Water: $ _____
Trash disposal: $ _____
Supplies: $ _____
Advertising: $ _____
Other: $ See Expenses attached as Exhibit "B"
Other: $ _____
Other: $ _____
Other: $ _____

Total Expenses: $ 7,536.08
Net Income: $ 3,963.92

b. **Collateral and budget #2 (check all that apply):**
(1) The collateral (Collateral)

☐ Real Property

Street address:
Unit/suite no.:
City, state, zip code:
Legal description or document recording number (*include county of recording*):

☐ Equipment (*manufacturer, type, and characteristics*):
Serial number(s):
Location:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 6    F 2081-2.1.MOTION.CASH.COLLATERAL

☐ Vehicle (*year, manufacturer, type, and model*):
Vehicle identification number:
Location of vehicle:

☐ Rents or accounts receivable (*type, identifying information, and location*):

☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

☐ Other personal property (*type, identifying information, and location*):

(2) Value of Collateral:  $ _____ . Basis of valuation:

(3) Income/rent generated: $ _____ per month.

(4) Liens:

| 1st Lien holder: | _____ | Principal balance due: | $ _____ |
| Monthly payment: | $ _____ | Monthly payment due date: | _____ |
| Prepetition arrears: | $ _____ | Postpetition arrears | $ _____ |

| 2nd Lien holder: | _____ | Principal balance due: | $ _____ |
| Monthly payment: | $ _____ | Monthly payment due date: | _____ |
| Prepetition arrears: | $ _____ | Postpetition arrears | $ _____ |

| 3rd Lien holder: | _____ | Principal balance due: | $ _____ |
| Monthly payment | $ _____ | Monthly payment due date: | _____ |
| Prepetition arrears | $ _____ | Postpetition arrears | $ _____ |

☐ Additional liens (see additional attached page)

(5) Equity in the Collateral:   $ _____

(6) <u>Adequate Protection</u>

The Debtor offers:
(a) ☐ the equity in the Collateral.
(b) ☐ the maintenance of the property as adequate protection.
(c) ☐ payments in the following amounts to the following creditors:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                                                 Page 7        F 2081-2.1.MOTION.CASH.COLLATERAL

(d) ☐ the use or sale of the Cash Collateral generates more collateral (Replacement Collateral) each month, and the Debtor offers a lien in the Replacement Collateral.

(e) other:

(7) Proposed Monthly Budget ☐ Covering Period of _____ through _____ or ☐ through the date of confirmation of a chapter 11 plan or dismissal of this case (or check box if a Proposed Budget is attached as an exhibit ☐).

INCOME:
Rent: $ _____
Sales: $ _____
Other: $ _____
        Total Income:    $ _____

EXPENSES:
1st Lien holder: $ _____
2nd Lien holder: $ _____
3rd Lien holder: $ _____
4th Lien holder: $ _____
Property taxes: $ _____
    ☐ included in first lien holder payment
Property insurance: $ _____
    ☐ included in first lien holder payment
Maintenance: $ _____
Cleaning: $ _____
Pest control: $ _____
Landscaping: $ _____
Management: $ _____
Electricity: $ _____
Gas: $ _____
Water: $ _____
Trash disposal: $ _____
Supplies: $ _____
Advertising: $ _____
Other: $ _____
Other: $ _____
Other: $ _____
Other: $ _____

        Total Expenses:    $ 0.00
        Net Income:        $ 0.00

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 8    F 2081-2.1.MOTION.CASH.COLLATERAL

c. **Collateral and budget #3 (check all that apply):**
   (1) Type of Collateral
   ☐ Real Property

   Street address:
   Unit/suite no.:
   City, state, zip code:
   Legal description or document recording number (*include county of recording*):

   ☐ Equipment (*manufacturer, type, and characteristics*):
   Serial number(s):
   Location:

   ☐ Vehicle (*year, manufacturer, type, and model*):
   Vehicle identification number:
   Location of vehicle:

   ☐ Rents or accounts receivable (*type, identifying information, and location*):

   ☐ Cash on hand generated from the Collateral (*type, identifying information, and location*):

   ☐ Other personal property (*describe type, identifying information, and location*):

(2) Value of collateral:   $_____ . Basis of valuation:

(3) Income/rent generated: $_____ per month.

(4) Liens:

| | | | |
|---|---|---|---|
| 1st Lien holder: | _____ | Principal balance due: | $_____ |
| Monthly payment: | $_____ | Monthly payment due date: | _____ |
| Prepetition arrears: | $_____ | Postpetition arrears | $_____ |
| | | | |
| 2nd Lien holder: | _____ | Principal balance due: | $_____ |
| Monthly payment | $_____ | Monthly payment due date: | _____ |
| Prepetition arrears: | $_____ | Postpetition arrears | $_____ |
| | | | |
| 3rd Lien holder: | _____ | Principal balance due: | $_____ |
| Monthly payment | $_____ | Monthly payment due date: | _____ |
| Prepetition arrears | $_____ | Postpetition arrears | $_____ |

☐ Additional liens (see additional attached page)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 9    F 2081-2.1.MOTION.CASH.COLLATERAL

(5) Equity in the Collateral:  $ _____

(6) <u>Adequate Protection</u>

The Debtor offers:
(a) ☐ the equity in the Collateral.
(b) ☐ the maintenance of the property as adequate protection.
(c) ☐ payments in the following amounts to the following creditors:
(d) ☐ the use or sale of the Cash Collateral which will generates more collateral (Replacement Collateral) each month, and the Debtor offers a lien in the Replacement Collateral.
(e) other:

(7) Proposed Monthly Budget ☐ Covering Period of _____ through _____ or ☐ through the date of confirmation of a chapter 11 plan or dismissal of this case (or check box if a Proposed Budget is attached as an exhibit ☐).

INCOME:
Rent: $ _____
Sales: $ _____
Other: $ _____
Total Income: $ _____

EXPENSES:
1st Lien holder: $ _____
2nd Lien holder: $ _____
3rd Lien holder: $ _____
4th Lien holder: $ _____
Property taxes: $ _____
☐ included in first lien holder payment
Property insurance: $ _____
☐ included in first lien holder payment
Maintenance: $ _____
Cleaning: $ _____
Pest control: $ _____
Landscaping: $ _____
Management: $ _____
Electricity: $ _____
Gas: $ _____
Water: $ _____
Trash disposal: $ _____
Supplies: $ _____
Advertising: $ _____
Other: $ _____
Other: $ _____
Other: $ _____
Other: $ _____

Total Expenses: $ 0.00
Net Income: $ 0.00

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 10    F 2081-2.1.MOTION.CASH.COLLATERAL

8. In addition to the expenses set forth in the proposed budget(s), the Debtor requests :

   a. ☑ to use Cash Collateral to pay quarterly fees to the United States trustee and to pay any required fees to the court;

   b. ☐ to deviate from the line item expenses in the proposed budget(s) by no more than _____ percent on both a line item and aggregate basis without the need to seek further order of the court;

   c. ☐ as some expenses, such as insurance, may not be required to be paid every month, to the extent that the amount allotted to a particular expense in a particular month is not used during that month, the Debtor requests permission to use that unused amount in subsequent months in payment of that particular expense for the duration of the period in which the Debtor is granted the use of Cash Collateral.

9. ☐ Other than as indicated herein, use of Cash Collateral is not intended to modify the rights of affected lienholders pursuant to the existing agreement between the lienholder(s) and the Debtor.

The Debtor requests that the court allow the use of the Cash Collateral pursuant to the terms of this Motion, the attached Memorandum of Points and Authorities (if any), and the proposed budget(s).

Date: **November 17, 2015**                             By: **/s/Eric Bensamochan**
                                                            Signature of Debtor or attorney for Debtor

                                                        Name: **Eric Bensamochan**
                                                            Printed name of Debtor or attorney for Debtor

## DECLARATION OF DEBTOR IN SUPPORT OF
## MOTION FOR ORDER AUTHORIZING USE OF CASH COLLATERAL

I, Abby Shajari and the president of <u>Brake Madness, Inc</u>, and hereby declare:

1. I am the President of the Debtor in this bankruptcy case.

2. The facts asserted in this declaration are of my own personal knowledge.

3. That the debtor is the owner of the Collateral.

4. The use of Cash Collateral is necessary in this case because: **Rents generated are necessary to pay the monthly obligations and continue maintaining the property pursuant to the obligations of a landlord.**

5. The value of the Collateral, the amounts of the claims secured by the respective liens thereon, and the equity in the Collateral, in Exhibits _____ are true and correct.

6. To the extent that adequate protection is offered and/or required, I offer the forms of adequate protection indicated in the Motion.

7. The income and expenses listed in the proposed budget(s))are true and correct. to the best of my knowledge.

8. I propose to use Cash Collateral pursuant to the terms of the Motion, any Memorandum of Points and Authorities attached to the Motion, and the proposed budget(s).

9. One of the tenants of the property is currently delinquent on the rent and is on the process of being evicted. I am actively seeking a new replacement tenant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct

| <u>November 17, 2015</u> | **Abby Shajari** | **/s/ Abby Shajari** |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 12    F 2081-2.1.MOTION.CASH.COLLATERAL

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
20501 Ventura Blvd. Suite 130
Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled (*specify*): __NOTICE OF MOTION AND MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __11/17/2015__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov
S Margaux Ross: margaux.ross@usdoj.gov
Eric Bensamochan, eric@bnpllp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) __11/17/2015__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 17, 2015 | Paulina Buitronb | /s/Paulina Buitron |
|---|---|---|
| Date | Printed Name | Signature |

ADDITIONAL NOTICE.-

| | | |
|---|---|---|
| Brake Madness, Inc<br>10603 Venice Blvd.<br>Los Angeles, CA 90034 | Eric Bensamochan, Esq.<br>The Bensamochan Law Firm, Inc.<br>20501 Ventura Blvd. Suite 130<br>Woodland Hills, CA 91364 | BBCN Bank<br>3731 Wilshire Blvd. Suite 1000<br>Los Angeles, CA 90010 |
| BBCN Bank<br>Kevin S. Kim - CEO<br>3731 Wilshire Blvd. Suite 1000<br>Los Angeles, CA 90010 | BBCN Bank<br>Adam Karasik<br>Agent for Service of Process<br>3731 Wilshire Blvd. Ste. 1000<br>Los Angeles, CA 90010 | Chicago Title Copany<br>Foreclosure Department<br>560 E. Hospitality Lane<br>San Bernardino, CA 92408 |
| Key Main Capital LLC<br>P.O. Box 16242<br>Beverly Hills, CA 90209 | Key Main Capital LLC<br>Bobby Khorshidi - CEO and<br>Agent for Service of Process<br>11661 San Vicente Blvd. Ste. 609<br>Los Angeles, CA 90049 | United States Trustee<br>Woodland Hills Division<br>915 Wilshire Blvd., # 1850<br>Los Angeles, CA 90017 |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015    Page 14    F 2081-2.1.MOTION.CASH.COLLATERAL

# EXHIBIT "A"

**RECORDING REQUESTED BY**

AND WHEN RECORDED MAIL THIS DEED AND, UNLESS OTHERWISE SHOWN BELOW, MAIL TAX STATEMENT TO:

Name: Abolfazl Shajari
Street Address: 22115 Palais Place
City & State Zip: Calabasas CA, 91302

Title Order No. _____  Escrow No. _____

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# Quitclaim Deed

THE UNDERSIGNED GRANTOR (S) DECLARE (S)
DOCUMENTARY TRANSFER TAX IS $ None
[ ] unincorporated area   [✓] City of Los Angeles, CA
Parcel No. 4314-001-037
[ ] computed on full value of interest or property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale, and

*The Grantor And the Grantee in this Conveyance Are Comprised of the Same Parties who Continue to hold the Same Proportionate Interest in the property. R&T 11925 D*

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

AA & SS Investment, LLC A Limited Liability Company

hereby REMISE, RELEASE AND FOREVER QUITCLAIM to

Brake Madness Inc. A California Corporation.

the following described real property in the city of Los Angeles
County of Los Angeles, CA, state of California

10603 Venice Boulevard/3775 Keystone Avenue, Los Angeles, CA 90034

See Attached Property Description Exhibit A

Dated 12/9/11

STATE OF CALIFORNIA
COUNTY OF Los Angeles
On Dec 9, 2011 before me, J. Williams Notary Public
(here insert name and title of the officer)
, personally appeared ABOLFAZL SHAJARI

AA & SS Investment LLC.
President Abul Shajari

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal
Signature _____

J. WILLIAMS
Comm. #1893262
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires June 20, 2014

(This area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN ON FOLLOWING LINE; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE
Abolfazl Shajari     22115 Palais Place     Calabasas     CA 91302
Name                 Street Address          City & State

EXHIBIT "A"

PARCEL 1:

LOT 21 OF TRACT NO. 3847, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 41 PAGE(S) 86 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

THAT PORTION OF BLOCK 26 OF THE PALM, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 21 PAGE(S) 43, 44 AND 45 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE MOST EASTERLY CORNER OF LOT 21 OF TRACT NO. 3847, AS PER MAP RECORDED IN BOOK 41 PAGE 86 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; THENCE SOUTHEASTERLY ALONG THE SOUTHEASTERLY PROLONGATION OF THE NORTHEASTERLY LINE OF SAID LOT 21 TO A LINE PARALLEL WITH AND DISTANT 30 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES FROM THE SOUTHEASTERLY LINE OF SAID LOT 21; THENCE SOUTHWESTERLY ALONG SAID PARALLEL LINE TO THE SOUTHEASTERLY PROLONGATION OF THE SOUTHWESTERLY LINE OF SAID LOT 21; THENCE NORTHWESTERLY ALONG LAST SAID SOUTHEASTERLY PROLONGATION TO THE SOUTHEASTERLY LINE OF SAID LOT 21; THENCE NORTHEASTERLY ALONG SAID SOUTHEASTERLY LINE TO THE POINT OF BEGINNING.

PARCEL 3:

THAT PORTION OF BLOCK 26 OF THE PALMS, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 21 PAGE(S) 43, 44 AND 45 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

COMMENCING AT THE MOST NORTHERLY CORNER OF LOT 21 OF TRACT NO. 3847, AS PER MAP RECORDED IN BOOK 31 PAGE 86 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; THENCE SOUTH 32 DEGREES 58 MINUTES 15 SECONDS EAST ALONG THE NORTHEASTERLY LINE OF SAID LOT AND ITS SOUTHEASTERLY PROLONGATION, 161.97 FEET TO A POINT, SAID POINT TO BE THE TRUE POINT OF BEGINNING FOR THE PURPOSES OF THIS DESCRIPTION; THENCE SOUTHERLY ALONG A TANGENT CURVE CONCAVE TO THE WEST, AND HAVING A RADIUS OF 20 FEET THROUGH A CENTRAL ANGLE OF 88 DEGREES 22 MINUTES 30 SECONDS AN ARC DISTANCE OF 30.85 FEET; THENCE SOUTH 55 DEGREES 24 MINUTES 15 SECONDS WEST, ALONG A LINE TANGENT TO SAID CURVE, 40.59 FEET TO THE SOUTHEASTERLY PROLONGATION OF THE SOUTHWESTERLY LINE OF SAID LOT 21; THENCE ALONG LAST SAID PROLONGATION NORTH 32 DEGREES 58 MINUTES 15 SECONDS WEST TO A LINE PARALLEL WITH AND DISTANT 30 FEET SOUTHEASTERLY, MEASURED AT RIGHT ANGLES, FROM THE SOUTHEASTERLY LINE OF SAID LOT 21; THENCE NORTHEASTERLY ALONG SAID PARALLEL LINE TO SAID HEREINBEFORE DESCRIBED COURSE, HAVING A BEARING AND LENGTH OF SOUTH 32 DEGREES 58 MINUTES 15 SECONDS EAST, 161.97 FEET; THENCE SOUTH 32 DEGREES 58 MINUTES 15 SECONDS EAST TO THE TRUE POINT OF BEGINNING.

EXCEPT ALL OIL, GAS, WATER, AND MINERAL RIGHTS WITHOUT, HOWEVER, THE RIGHT TO USE THE SURFACE OF PARCEL 3 OR ANY PORTION THEREOF TO A DEPTH OF 500 FEET BELOW THE SURFACE THEREOF FOR THE EXTRACTION OF SUCH OIL, GAS, WATER, OR MINERALS, AS RESERVED BY THE CITY OF LOS ANGELES, IN DEED RECORDED DECEMBER 2, 1976, AS INSTRUMENT NO. 3744.

# EXHIBIT "B"

Case 1:15-bk-13766-MB    Doc 5    Filed 11/17/15    Entered 11/17/15 16:48:39    Desc
Main Document    Page 19 of 19

## BRAKE MADNESS, INC.
## PROJECTED CASH FLOW STATEMENT
### FROM NOVEMBER 1, 2015 TO SEPTEMBER 30, 2016

| | Nov-15 | Dec-15 | Jan-16 | Feb-16 | Mar-16 | Apr-16 | May-16 | Jun-16 | Jul-16 | Aug-16 | Sep-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expenses** | | | | | | | | | | | |
| *Income* | | | | | | | | | | | |
| Rental Income | 3,500.00 | 3,500.00 | 3,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 |
| **Total Revenue Collected** | 3,500.00 | 3,500.00 | 3,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 | 11,500.00 |
| *Expenses* | | | | | | | | | | | |
| BBCN Bank | 5,734.00 | 5,734.00 | 5,734.00 | 5,734.00 | 5,734.00 | 5,734.00 | 5,734.00 | 5,734.00 | 5,734.00 | 5,734.00 | 5,734.00 |
| BBCN Bank B Note | - | - | - | - | - | - | - | - | - | - | - |
| Thrid Mortgage | - | - | - | - | - | - | - | - | - | - | - |
| Property Taxes | 1,262.33 | 1,262.33 | 1,262.33 | 1,262.33 | 1,262.33 | 1,262.33 | 1,262.33 | 1,262.33 | 1,262.33 | 1,262.33 | 1,262.33 |
| Insurance | 19.05 | 19.05 | 19.05 | 19.05 | 19.05 | 19.05 | 19.05 | 19.05 | 19.05 | 19.05 | 19.05 |
| Legal Fee | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| License Fee | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 |
| Tehefone | 12.50 | 12.50 | 12.50 | 12.50 | 12.50 | 12.50 | 12.50 | 12.50 | 12.50 | 12.50 | 12.50 |
| Building & Safety | 66.00 | 66.00 | 66.00 | 66.00 | 66.00 | 66.00 | 66.00 | 66.00 | 66.00 | 66.00 | 66.00 |
| Gas | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 |
| Accounting | 115.00 | 115.00 | 115.00 | 115.00 | 115.00 | 115.00 | 115.00 | 115.00 | 115.00 | 115.00 | 115.00 |
| Taxes | 167.60 | 167.60 | 167.60 | 167.60 | 167.60 | 167.60 | 167.60 | 167.60 | 167.60 | 167.60 | 167.60 |
| Bank Fee | 19.60 | 19.60 | 19.60 | 19.60 | 19.60 | 19.60 | 19.60 | 19.60 | 19.60 | 19.60 | 19.60 |
| Maintenance & Repairs | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 | 35.00 |
| **Total Disbursements paid** | 7,536.08 | 7,536.08 | 7,536.08 | 7,536.08 | 7,536.08 | 7,536.08 | 7,536.08 | 7,536.08 | 7,536.08 | 7,536.08 | 7,536.08 |
| **Excess Revenue collected over expenses paid** | (4,036.08) | (4,036.08) | (4,036.08) | 3,963.92 | 3,963.92 | 3,963.92 | 3,963.92 | 3,963.92 | 3,963.92 | 3,963.92 | 3,963.92 |
| *Cumulative cash flow* | (4,036.08) | (8,072.16) | (12,108.24) | (8,144.32) | (4,180.40) | (216.48) | 3,747.44 | 7,711.36 | 11,675.28 | 15,639.21 | 19,603.13 |