| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Eric Bensamochan, Esq.  SBN:255482**<br>**The Bensamochan Law Firm, Inc.**<br>**20501 Ventura Blvd. Suite 130**<br>**Woodland Hills, CA 91364**<br>**(818) 574-5740 Fax: (818) 961-0138**<br>**eric@bnpllp.com**<br><br>☐ *Individual appearing without attorney*<br>☑ Attorney for:  DEBTOR | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: **1:15-bk-13766-MB**<br>CHAPTER: **11** |
|---|---|
| **Brake Madness, Inc**<br><br>Debtor. | **AMENDED NOTICE OF MOTION FOR: MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE CASH COLLATERAL [11 U.S.C. 363]**<br><br>*(Specify name of Motion)* |
| | DATE: 01/05/2015<br>TIME:  1:30 PM<br>COURTROOM:  303<br>PLACE: 21041 BURBANK BLVD.<br>         WOODLAND HILLS, CA  91367 |

1. TO (specify name):  **HONORABLE MARTIN R. BARASH, UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES.**
2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.
3. **Your rights may be affected.**   You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)
4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.
5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

| Date: **November 18, 2015** | **The Bensamochan Law Firm, Inc.** |
|---|---|
| | Printed name of law firm |
| | **/s/ Eric Bensamochan, Esq.** |
| | Signature |
| | **Eric Bensamochan, Esq. 255482** |
| | Printed name of attorney |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                          Page 1                                                          **F 9013-1.1.HEARING.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**20501 Ventura Blvd. Suite 130**
**Woodland Hills, CA 91364**

A true and correct copy of the foregoing document entitled (*specify*):   **Amended Notice of Motion (with Hearing)  MOTION IN INDIVIDUAL CHAPTER 11 CASE FOR ORDER AUTHORIZING USE CASH COLLATERAL [11 U.S.C. 363]**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **11/18/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**United States Trustee (SV): ustpregion16.wh.ecf@usdoj.gov**
**S Margaux Ross:  margaux.ross@usdoj.gov**
**Eric Bensamochan,  eric@bnpllp.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **11/18/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Hon. Martin R. Barash**
 **United States Bankruptcy Court**
**Central District of California**
**21041 Burbank Boulevard, Suite 342 / Courtroom 303**
**Woodland Hills, CA 91367**

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **November 18, 2015** | **Paulina Buitronb** | /s/Paulina Buitron |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                      Page 2                                **F 9013-1.1.HEARING.NOTICE**

**ADDITIONAL NOTICE.-**

| | | |
|---|---|---|
| Brake Madness, Inc<br>10603 Venice Blvd.<br>Los Angeles, CA 90034 | Eric Bensamochan, Esq.<br>The Bensamochan Law Firm, Inc.<br>20501 Ventura Blvd. Suite 130<br>Woodland Hills, CA 91364 | BBCN Bank<br>3731 Wilshire Blvd. Suite 1000<br>Los Angeles, CA 90010 |
| BBCN Bank<br>Kevin S. Kim - CEO<br>3731 Wilshire Blvd. Suite 1000<br>Los Angeles, CA 90010 | BBCN Bank<br>Adam Karasik<br>Agent for Service of Process<br>3731 Wilshire Blvd. Ste. 1000<br>Los Angeles, CA 90010 | Chicago Title Copany<br>Foreclosure Department<br>560 E. Hospitality Lane<br>San Bernardino, CA 92408 |
| Key Main Capital LLC<br>P.O. Box 16242<br>Beverly Hills, CA 90209 | Key Main Capital LLC<br>Bobby Khorshidi - CEO and<br>Agent for Service of Process<br>11661 San Vicente Blvd. Ste. 609<br>Los Angeles, CA 90049 | United States Trustee<br>Woodland Hills Division<br>915 Wilshire Blvd., # 1850<br>Los Angeles, CA 90017 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9013-1.1.HEARING.NOTICE**