ERIC BENSAMOCHAN, Esq.   SBN 255482
The Bensamochan Law Firm Inc.
20501 Ventura Blvd Suite 130
Woodland Hills, CA. 91364
Tel: (818) 574-5740
Fax: (818) 961-0138
Email: eric@bnpllp.com

Attorney for Chapter 11 Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>Brake Madness Inc.<br><br>DEBTOR. | Case No. 1:15-bk-13766-MB<br><br>Chapter 11<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

To the Honorable Martin Barash, United States Bankruptcy Court Judge, The Office Of The United States Trustee, Secured Creditors, the 20 Largest Unsecured Creditors, and all other parties in interest;

Please take notice, that during the period beginning December 15, 2015, until December 27, 2015, Eric Bensamochan, Esq., proposed counsel for the Debtor In Possession, Brake Madness Inc., will be unavailable. The reason for the unavailability of counsel is due to a pre scheduled vacation where proposed counsel will be out of the country.

///

///

///

1

Please take further notice that proposed counsel for the Debtor In Possession requests that the Case Management Conference currently scheduled for December 15, 2015, be rescheduled for a date after December 27, 2015.

Dated: November 24, 2015

Presented by:

By: /s/ Eric Bensamochan

Proposed Attorney for

The Debtor in Possession Brake Madness Inc.

Label Matrix for local noticing
0973-1
Case 1:15-bk-13766-MB
Central District of California
San Fernando Valley
Tue Nov 24 10:08:15 PST 2015

BCN Bank
3731 Wilshire Blvd. Suite 1000
Los Angeles, CA 90010-2828

Reza Sarkhosh and
Venice Auto Center, Inc.
10603 Venice Blvd.
Los Angeles, CA 90034-6308

Venice Brake Center, Inc.
and Faramarz Afshar
10603 Venice Blvd.
Los Angeles, CA 90034-6308

Brake Madness, Inc
10603 Venice Blvd.
Los Angeles, CA 90034-6308

Chicago Title Copany
Foreclosure Department
560 E. Hospitality Lane
San Bernardino, CA 92408-3546

United States Trustee
Woodland Hills Division
915 Wilshire Blvd., # 1850
Los Angeles, CA 90017-3560

Eric Bensamochan
20501 Ventura Blvd Ste #130
Woodland Hills, CA 91364-6293

San Fernando Valley Division
21041 Burbank Blvd,
Woodland Hills, CA 91367-6606

Key Main Capital LLC
P.O. Box 16242
Beverly Hills, CA 90209-2242

United States Trustee (SV)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

End of Label Matrix
Mailable recipients    10
Bypassed recipients     0
Total                  10