ERIC BENSAMOCHAN, Esq.  SBN 255482
The Bensamochan Law Firm Inc.
20501 Ventura Blvd Suite 130
Woodland Hills, CA. 91364
Tel: (818) 574-5740
Fax: (818) 961-0138
Email: eric@eblawfirm.us

Attorney for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:15-bk-13766-MB |
| | Chapter 11 |
| | **NOTICE OF CONTINUED 341(A) MEETING OF CREDITORS** |
| BRAKE MADNESS, INC. | Date: December 17, 2015<br>Time: 11:30 A.M.<br>Location: Room 100<br>21041 Burbank Blvd<br>Woodland Hills, CA. 91367 |
| | Continued Date: January 6, 2016<br>Time: 11:00 A.M.<br>Location: Room 100<br>21041 Burbank Blvd<br>Woodland Hills, CA. 91367 |
| Debtor. | |

To the Honorable Martin Barash, United States Bankruptcy Court Judge, The Office Of The United States Trustee, Secured Creditors, the 20 Largest Unsecured Creditors, and all other parties in interest;

Please take notice that meeting of creditors under code section 341(a) has been rescheduled from December 17, 2015, to January 6, 2016, at 11:00 A.M. at the location listed above.

Dated: November 24, 2015

Presented by:

By: /s/ Eric Bensamochan

Attorney for the Debtor and The Debtor in Possession Brake Madness Inc.

| In re:<br>**Brake Madness, Inc**<br><br>Debtor(s). | CHAPTER: **11**<br>CASE NUMBER: **1:15-bk-13766-MB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**20501 Ventura Blvd. Suite 130**
**Woodland Hills, CA 91364**

A true and correct copy of the foregoing document entitled (*specify*):    **NOTICE OF CONTINUED 341(a)**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **11/24/2015**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: ustpregion16.wh.ecf@usdoj.gov
S Margaux Ross: margaux.ross@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On  **11/24/2015**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Martin Barash
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **November 24, 2015** | **Daniel Phelan** | /s/Daniel Phelan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:15-bk-13766-MB<br>Central District of California<br>San Fernando Valley<br>Tue Nov 24 10:08:15 PST 2015 | Brake Madness, Inc<br>10603 Venice Blvd.<br>Los Angeles, CA 90034-6308 | San Fernando Valley Division<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6606 |
| BCN Bank<br>4731 Wilshire Blvd. Suite 1000<br>Los Angeles, CA 90010-2828 | Chicago Title Copany<br>Foreclosure Department<br>560 E. Hospitality Lane<br>San Bernardino, CA 92408-3546 | Key Main Capital LLC<br>P.O. Box 16242<br>Beverly Hills, CA 90209-2242 |
| Reza Sarkhosh and<br>Venice Auto Center, Inc.<br>10603 Venice Blvd.<br>Los Angeles, CA 90034-6308 | United States Trustee<br>Woodland Hills Division<br>915 Wilshire Blvd., # 1850<br>Los Angeles, CA 90017-3560 | United States Trustee (SV)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |
| Venice Brake Center, Inc.<br>and Faramarz Afshar<br>10603 Venice Blvd.<br>Los Angeles, CA 90034-6308 | Eric Bensamochan<br>20501 Ventura Blvd Ste #130<br>Woodland Hills, CA 91364-6293 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients    0<br>Total                  10 |