*Eric Bensamochan, Esq.* SBN 255482
20501 Ventura Blvd Suite 130
Woodland Hills, CA. 91364
Telephone: (818) 574-5740
Facsimile: (818) 230-1931
Email: eric@eblawfirm.us

Proposed Counsel for: Brake Madness, Inc.

**FILED & ENTERED**

**DEC 28 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
BY Bever    DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

**CHANGES MADE BY COURT**

| | |
|---|---|
| In re:<br><br>BRAKE MADNESS, INC. ,<br><br>Debtor. | Case No. 1:15-bk-13766-MB<br><br>Chapter 11<br><br>[PROPOSED] **ORDER ON JOINT STIPULATION TO CONTINUE THE HEARINGS ON DEBTOR'S MOTION FOR CASH COLLATERAL, KEY MAIN CAPITAL, LLC'S MOTION TO DISMISS, AND KEY IN CAPITAL, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Current Hearing Date:<br>Date: January 5, 2016<br>Time: 1:30 pm<br>Location: Courtroom 303<br>             21041 Burbank Boulevard<br>             Woodland Hills, CA 91367<br><br>[Proposed] Continued Date:<br>Date: January 19, 2016<br>Time: 1:30 pm<br>Location: Courtroom 303<br>             21041 Burbank Boulevard<br>             Woodland Hills, CA 91367 |

The Court, having reviewed the Joint Stipulation to Continue, and finding good cause therefore hereby orders that:

1

1. The hearing on debtor's motion for use of cash collateral shall be continued from January 5, 2016, at 1:30 pm to January 19, 2016, at 1:30pm. The time for responsive pleadings will also be continued respectively with oppositions due to the motions 14 days prior to the continued hearing, January 5, 2016, and replies due 7 days prior to the hearing, January 12, 2016.

2. The hearing on Key Main Capital LLC's Motion to Dismiss shall be continued from January 5, 2016, at 1:30 pm to January 19, 2016, at 1:30pm. The time for responsive pleadings will also be continued respectively with oppositions due to the motions 14 days prior to the continued hearing, January 5, 2016, and replies due 7 days prior to the hearing, January 12, 2016.

3. The hearing on Key Main Capital LLC's Motion for Relief from the Automatic Stay shall be continued from January 5, 2016, at 1:30 pm to January 19, 2016, at 1:30pm. The time for responsive pleadings will also be continued respectively with oppositions due to the motions 14 days prior to the continued hearing, January 5, 2016, and replies due 7 days prior to the hearing, January 12, 2016.

4. The scheduling and case management conference shall be continued from January 5, 2016, at 1:30 pm to January 19, 2016, at 1:30pm.

It is so Ordered.

####

Date: December 28, 2015

_____
Martin R Barash
United States Bankruptcy Judge